# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 5, 2008

*Before*

FRANK H. EASTERBROOK, *Chief Judge*

RICHARD D. CUDAHY, *Circuit Judge*

KENNETH F. RIPPLE, *Circuit Judge*

| | |
|---|---|
| JAMES J. FOSKETT, MARY C. FOSKETT and PHYSICIANS' BENEFITS TRUST LIFE INSURANCE COMPANY,<br>　　　　Plaintiffs, | ] Appeal from the United<br>] States District Court for<br>] the Western District of<br>] Wisconsin.<br>] |
| No. 07-2209　　　　　　v. | ] No. 06 C 503<br>] |
| GREAT WOLF RESORTS, INCORPORATED, GREAT BEAR LODGE OF WISCONSIN DELLS, LLC and GREAT LAKES SERVICES, LLC,<br>　　　　Defendants-Third/Party<br>　　　　Plaintiffs-Appellees,<br>　v. | ] John C. Shabaz,<br>]　　　Judge.<br>]<br>]<br>]<br>] |
| BLACK WOLF LODGE, LLC, TALL PINES RENTAL, LLC, now known as J&A Real Estate Venture, LLC, TALL PINES REALTY, LLC, et al.,<br>　　　　Third/Party<br>　　　　Defendants-Appellants. | ]<br>]<br>]<br>]<br>]<br>] |

## O R D E R

The slip opinion issued in the above-entitled cause on March 5, 2008, is amended as follows:

On page 1, the decided date should reflect **March 5, 2008**.